

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 2-08-299-CR**

JOHN ALLAN DARLINGTON                                             APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

------------

FROM COUNTY CRIMINAL COURT NO. 5 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant John Allan Darlington attempts to appeal his conviction and sentence for assault with bodily injury of a family member.  The trial court's certification of appellant's right of appeal states that appellant "has waived the right of appeal."  *See* Tex. R. App. P. 25.2(a)(2).

---

[1] *See* Tex. R. App. P. 47.4.

On August 26, 2008, we notified appellant that the certification indicating that he had waived his right to appeal had been filed in this court and that the appeal would be dismissed unless appellant or any party desiring to continue the appeal filed a timely response showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. Appellant has not filed a response. Therefore, we dismiss this appeal. *See* Tex. R. App. P. 25.2(a)(2), (d), 43.2(f); *Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000).

PER CURIAM

PANEL: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: September 25, 2008

2